UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13CR00173ERW |
| | ) |
| JEFFREY MCBRIDE, | ) |
| | ) |
| Defendant. | ) |

FILED
MAY - 8 2013
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about September 5, 2012, in the Eastern District of Missouri,

**JEFFREY MCBRIDE,**

the defendant herein, with the intent to defraud did counterfeit an obligation of the United States, that is, a falsely made, forged and counterfeited one-hundred dollar Federal Reserve Note, Serial Number AF35881136B.

In violation of Title 18, United States Code, Section 471.

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ANTHONY L. FRANKS, #50217MO
Assistant United States Attorney